UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DDLI LOGISTICS LLC,

        Plaintiff,

v.                                          Case No. 20-cv-11872
                                         Honorable Linda V. Parker

METALSA SA de CV,
METALSA STRUCTURAL
PRODUCTS, INC.

        Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE (ECF NO. 72)

This matter is presently before the Court on Plaintiff's Motion for Order to Show Cause. (ECF No. 72.) In the motion, Plaintiff asks the Court to order Defendants to show cause as to why they should not be held in contempt for failing to comply with a March 5, 2024 order to produce certain discovery. (*See* ECF No. 62.) While the motion was pending, the parties filed cross-motions for summary judgment. (ECF Nos. 76, 68), which are fully briefed (ECF Nos. 83-86).

Plaintiff does not contend that it needs the material that is the subject of the March 5 order to pursue summary judgment or to respond to Defendants' summary judgment motion. The outcome of those motions may render Plaintiff's request for a show cause order moot. Therefore, the Court is denying the motion without

prejudice. Plaintiff may refile the motion if any of its claims survive summary judgment, and if the requested discovery is relevant to those claims.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: March 20, 2025